**Order entered February 9, 2023**



**In The**
### Court of Appeals
### Fifth District of Texas at Dallas

**No. 05-23-00052-CV**

**WALLY YAMMINE, Appellant**

**V.**

**KIM ELLEN LEWISKI, ET AL., Appellees**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-00009-C**

**ORDER**

Appellant has filed a suggestion of bankruptcy. This automatically suspends further action in this appeal. *See* TEX. R. APP. P. 8.2.

Accordingly, we **ABATE** this appeal. It may be reinstated on prompt motion by any party complying with Rule 8.3 and specifying what further action, if any, is required from this Court. *See id.* 8.3.

/s/    KEN MOLBERG
JUSTICE